UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

HILDA L. SOLIS, Secretary of Labor,
United States Department of Labor,

      Petitioner,

v.                                                  Case No. 2:10-mc-8-FTM-36-DNF

TIFFANY COX,

      Respondent.
_____/

## **O R D E R**

This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. 9), filed July 2, 2010, recommending that the Court close this case without prejudice to the Secretary of Labor to reopen should Respondent, Tiffany Cox, not comply with the subpoena issued on July 1, 2009. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections. No such objections were filed. Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** that

    (1)     The Magistrate Judge's Report and Recommendation (Doc. 9) is adopted and incorporated by reference in this Order of the Court;

    (2)     Since this matter is resolved, this case shall be closed without prejudice to the Secretary of Labor to reopen this case should Respondent, Tiffany Cox, not comply with the subpoena issued on July 1, 2009.

(3) The Clerk is directed to enter judgment accordingly, terminate all pending motions, and close the case.

**DONE AND ORDERED** at Ft. Myers, Florida, this 20th day of July, 2010.

Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Gustave J. DiBianco
Counsel of Record